1048

No. 96–6765. KLEIN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 96–6767. JOHNSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–6769. OSORIO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–6779. CALDWELL v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–6785. KILAAB AL GHASHIYAH (KHAN) v. SMITH, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 96–591. VEREX ASSURANCE, INC. v. PALMA. C. A. 5th Cir. Motion of Mortgage Insurance Companies of America for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 96–604. SPECIAL SCHOOL DISTRICT NO. 1 v. H. M. Ct. App. Minn. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 96–6951 (A–428). HOKE v. NETHERLAND, WARDEN. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

No. 95–1963. RUCKER v. CITICORP SAVINGS OF ILLINOIS, *ante*, p. 818;
No. 95–9246. SEDDENS v. JONES, WARDEN, *ante*, p. 846;
No. 95–9258. ARROYO JUSINO v. BROWN, SECRETARY OF VETERANS AFFAIRS, *ante*, p. 846;
No. 96–150. SCHALL v. UNITED STATES POSTAL SERVICE, *ante*, p. 868;
No. 96–206. ONEY v. NENNIG, *ante*, p. 871;
No. 96–424. GARZA v. WEEKLEY, MAYOR, CITY OF SAN BENITO, *ante*, p. 950;

No. 96–5383.  McDONALD v. INLAND CONTAINER CORP., *ante*, p. 895;

No. 96–5407.  BROWN v. AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC., *ante*, p. 896;

No. 96–5569.  McCULLOUGH v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION, *ante*, p. 935;

No. 96–5592.  ADAMS v. UNITED STATES, *ante*, p. 904;

No. 96–5663.  TESCIUBA v. KOCH, FORMER MAYOR OF CITY OF NEW YORK, ET AL., *ante*, p. 952;

No. 96–5725.  JOHNSON v. BROWN ET AL., *ante*, p. 967;

No. 96–5740.  SHELTON v. LOOKER, *ante*, p. 937;

No. 96–5896.  SCHAFFER v. KIRKLAND ET AL., *ante*, p. 982;

No. 96–5903.  SCOTT v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 971;

No. 96–5993.  JOHNSON v. GRIFFIN ET AL., *ante*, p. 971;

No. 96–6037.  TURNER v. INTERNAL REVENUE SERVICE ET AL., *ante*, p. 996;

No. 96–6038.  TURNER v. KUYKENDALL, *ante*, p. 996;

No. 96–6091.  LINDLEY ET AL. v. UNITED STATES, *ante*, p. 956; and

No. 96–6207.  TURNER v. MERIT SYSTEMS PROTECTION BOARD, *ante*, p. 985.  Petitions for rehearing denied.

No. 95–1682.  LOUISIANA LEGISLATIVE BLACK CAUCUS ET AL. v. HAYS ET AL., 518 U. S. 1014.  Petition for rehearing denied.

JUSTICE BREYER, with whom JUSTICE STEVENS, JUSTICE SOUTER, and JUSTICE GINSBURG join, dissenting.

Because the appellants have convincingly shown that this case is not moot, I would grant the petition for rehearing.

No. 96–5115.  KIRBY v. DAVIS, WARDEN, ET AL., *ante*, p. 880.  Motion for leave to file petition for rehearing denied.

DECEMBER 17, 1996

No. A–424 (96–6867).  O'DELL v. NETHERLAND, WARDEN, ET AL.  C. A. 4th Cir.  Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, granted pending the disposition by this Court of the petition for writ of certiorari.  Should the petition for writ